1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ZANE HUBBARD,                             No.  2:15-cv-0024-EFB P

12                  Plaintiff,

13         v.                                    ORDER

14    B. VAN KLAVERAN, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He alleges a violation of his civil rights at Corcoran State Prison, which is in

19    Kings County, California.  Kings County is in the Fresno Division of the United States District

20    Court for the Eastern District of California, and this action should have been commenced there.

21    E.D. Cal. Local Rule 120(d).  Where a civil action has not been commenced in the proper division

22    of a court, the court may, on its own motion, transfer the action to the proper division.  E.D. Cal.

23    Local Rule 120(f).

24    /////

25    /////

26    /////

27    /////

28    /////

1

1    Accordingly, it is hereby ordered that:

2    1.  This action is transferred to the Fresno Division.

3    2.  The Clerk of Court shall assign a new case number.

4    3.  All future filings shall bear the new case number and shall be filed at:

5

6    United States District Court
     Eastern District of California
7    2500 Tulare Street
     Fresno, CA 93721
8

9    DATED:  March 3, 2015.

10   _____
     EDMUND F. BRENNAN
11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2